## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES HOLLAHAN, | ) | 3:05-CV-0350-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 8, 2006 |
| | ) | |
| WELLS FARGO OF NEVADA, N.A., | ) | |
| a National Banking Association, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:    <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>GINA MUGNAINI</u>          REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The court has received correspondence from Attorney Dickerson indicating that the signed Stipulation and Order to Dismiss Entire Action with Prejudice has been forwarded to Attorney Hall and that the settlement check has been negotiated and the funds distributed.

If the court is provided with evidence that the Plaintiff has withdrawn the Complaint with the Nevada Equal Rights Commission the hearing of June 20, 2006, will be vacated. If such evidence is not received the hearing will go forward for the Plaintiff to show cause why the Complaint has not been withdrawn and why he should not be sanctioned.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>      /s/      </u>
     Deputy Clerk