# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HOLLAHAN, | 3:05-CV-0350-ECR (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 13, 2006 |
| WELLS FARGO OF NEVADA, N.A., a National Banking Association, | |
| Defendant. | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has received correspondence from Plaintiff indicating that he has withdrawn his Complaint with the Nevada Equal Rights Commission.

**IT IS THEREFORE ORDERED** that the hearing scheduled for **Tuesday, June 20, 2006, at 1:30 p.m.** is **VACATED**.

LANCE S. WILSON, CLERK

By:    /s/
      Deputy Clerk